

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2021

No. 04-21-00383-CR

Zepatrick Lee **CARTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 573322
Honorable Rosie S. Gonzalez, Judge Presiding

# O R D E R

Appellant's brief was due on November 29, 2021. On November 29, 2021, appellant filed a motion to extend time to file appellant's brief. The motion is GRANTED. Appellant's brief is due **no later than December 29, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court